USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNEDY,

                Plaintiffs,        19cv10331 (JGK)

    - against -              ORDER

1515 BROADWAY OWNER LP et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    For purposes of determining the citizenship of LPs and LLCs under 28 U.S.C. § 1332, if an LLC or an LP has any entity members, citizenship is determined by the citizenship of the individual members of the member entity. If a member entity in turn has any entity members, citizenship includes the citizenship of the individual members of any member entity of a member entity and so on until the citizenship of any individual member of a member entity is identified. See, e.g., PDP Special Situation Fund, LP v. Westrock Grp., Inc., No. 10-cv-1303, 2011 WL 4135415, at *1 (S.D.N.Y. Sept. 13, 2011). Note also that the citizenship of a corporate entity member is the place of incorporation and the principal place of business.

    The defendants should notify the Court by letter by **March 16, 2020** as to the citizenship of any individual or corporate

members that are within the chain of entities that comprise TMO VI, LLC and 1515 Broadway Mezzanine Owner LP.

**SO ORDERED.**

Dated: **New York, New York**
**March 9, 2020**

_____
John G. Koeltl
United States District Judge