```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOHN KENNEDY,

                Plaintiff,          19cv10331 (JGK)

      - against -                <u>ORDER</u>

1515 BROADWAY OWNER L.P. et al,

                Defendants.

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference that took place today, the case is **dismissed without prejudice** for lack of jurisdiction.

**SO ORDERED.**

Dated:    New York, New York
           March 24, 2020      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge